MARK D. ROSENBAUM, SBN 59940
CLARE PASTORE, SBN 135933
RANJANA NATARAJAN, SBN 230149
ACLU FOUNDATION OF
  SOUTHERN CALIFORNIA
1616 Beverly Blvd.
Los Angeles, CA 90026
Tel: (213) 977-9500, ext. 224
Fax: (213) 250-3919

ROBERT F. LeMOINE, SBN 222350
300 South Grand Ave., 34th Floor
Los Angeles, CA 90071
Tel: (213) 687-5504
Fax: (213) 621-5504

Attorneys for Plaintiffs

**ORIGINAL**

FILED
CLERK, U.S. DISTRICT COURT
AUG - 2 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA G., by her next friend John G.; and KEYANA M., by her next friend Jane M.,<br><br>          Plaintiff(s),<br>vs.<br><br>ANTELOPE VALLEY UNION HIGH SCHOOL DISTRICT; DAVID J. VIERRA, Superintendent of Antelope Valley Union High School District, in his official capacity; LOS ANGELES COUNTY OF EDUCATION; DARLINE P. ROBLES, Superintendent of Schools and Chief Executive Officer of Los Angeles County Office of Education, in her official capacity,<br><br>          Defendant(s). | Case No. CV 04-7275 SVW (AJWx)<br><br>**STIPULATION RE CONTINUANCE FOR PARTIES TO SUBMIT SUPPLEMENTAL BRIEFS; [PROPOSED] ORDER THEREON** |

DOCKETED ON CM
AUG - 3 2005
BY _____ 001

///
///

52

LODGED
2005 JUL 29 AM 10:56

1. WHEREAS, by Order of July 27, 2005, the Court made certain orders pertaining to Defendants' motion for summary judgment and ordered the parties to submit simultaneous supplemental briefs on or before August 9, 2005;

2. WHEREAS, counsel for Plaintiffs Clare Pastore is currently on the east coast for a long-planned family vacation and will not return to California until August 7, 2005, and therefore the Plaintiffs request an additional week and are prepared to submit their supplemental brief on August 16, 2005;

3. WHEREAS, counsel for Defendants Joseph Stark does not oppose Plaintiffs' request for an additional week, but has briefs due to the U.S. Court of Appeals for the Ninth Circuit on August 15, 2005, and therefore requests that the parties' supplemental briefs be due on August 23, 2005;

4. WHEREAS, the parties also intend to engage in continued settlement negotiations, on or before August 16, 2005;

THE PARTIES HEREBY STIPULATE, by and through their counsel of record, that the Parties propose to submit supplemental briefs to the Court on August 23, 2005, and will be available thereafter for a hearing at the Court's convenience.

**SO STIPULATED.**

Dated: 7/28/05

ACLU OF SOUTHERN CALIFORNIA

By: _____
Ranjana Natarajan, Esq.
Attorney for Plaintiffs

Dated: _____

LAW OFFICES OF JOSEPH L. STARK

By: _____
Joseph L. Stark, Esq.
Attorney for Defendant Los Angeles County Office of Education and Defendant Darline Robles

-2-

1  WHEREAS, by Order of July 27, 2005, the Court made certain orders
2  pertaining to Defendants' motion for summary judgment and ordered the parties to
3  submit simultaneous supplemental briefs on or before August 9, 2005;

4  WHEREAS, counsel for Plaintiffs Clare Pastore is currently on the east coast
5  for a long-planned family vacation and will not return to California until August 7,
6  2005, and therefore the Plaintiffs request an additional week and are prepared to
7  submit their supplemental brief on August 16, 2005;

8  WHEREAS, counsel for Defendants Joseph Stark does not oppose Plaintiffs'
9  request for an additional week, but has briefs due to the U.S. Court of Appeals for
10 the Ninth Circuit on August 15, 2005, and therefore requests that the parties'
11 supplemental briefs be due on August 23, 2005;

12 WHEREAS, the parties also intend to engage in continued settlement
13 negotiations, on or before August 16, 2005;

14 THE PARTIES HEREBY STIPULATE, by and through their counsel of
15 record, that the Parties propose to submit supplemental briefs to the Court on
16 August 23, 2005, and will be available thereafter for a hearing at the Court's
17 convenience.

18 **SO STIPULATED.**

20 Dated: _____   ACLU OF SOUTHERN CALIFORNIA

21
22 By:_____
   Ranjana Natarajan, Esq.
   Attorney for Plaintiffs

24 Dated: 7/28/05   LAW OFFICES OF JOSEPH L. STARK

26 By:_____
   Joseph L. Stark, Esq.
27 Attorney for Defendant Los Angeles County Office
   of Education and Defendant Darline Robles

-2-

1 | **[PROPOSED] ORDER**

2 | After considering the parties' Stipulation Re Continuance for Parties to
3 | Submit Supplemental Briefs, the Court finds that there is good cause to grant a
4 | continuance.

5 | **IT IS HEREBY ORDERED THAT** the parties' supplemental briefs shall be
6 | submitted to the Court on or before August 23, 2005, and a hearing on the matter
7 | will be held at  1:30  A.M. /(P.M.) on August 29, 2005          . Notice
8 | of entry of this order may be accomplished by fax or email transmission.

9 |
10 | Dated:  8/1/05              _____
                                United States District Judge

-3-

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1616 Beverly Boulevard, Los Angeles, California 90026. I am employed in the office of a member of the bar of this court at whose direction the service was made.

On July 29, 2005, I served the foregoing document:

**STIPULATION RE CONTINUANCE FOR PARTIES TO SUBMIT SUPPLEMENTAL BRIEFS; [PROPOSED] ORDER THEREON**

on the parties in this action by placing a true and correct copy of each document thereof, enclosed in a sealed envelope, addressed as follows:

Joseph L. Stark  
Law Offices of Joseph L. Stark  
27200 Tourney Road  
Suite 230  
Santa Clarita, CA 91355  
Tel: (661) 799-1880  
Fax: (661) 799-1881

    I am readily familiar with the business' practice of collection and processing correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Los Angeles, California.

    Executed on July 29, 2005, at Los Angeles, California.



Joyce Bradberg